# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 452 MAL 2015
                                 :
                     Respondent  :
                                 :
                                 :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court
             v.                  :
                                 :
                                 :
                                 :
JOHN J. LYNCH SR.,               :
                                 :
                     Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.